JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO MARTINEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>KFC CORPORATION, a Delaware Corporation, and DOES 1 through 100,<br><br>        Defendants. | Case No. 5:12-cv-000643-R (FMOx)<br>Hon. Judge Manuel L. Real<br><br>**ORDER GRANTING DISMISSAL**<br><br><u>PROPOSED CLASS ACTION</u><br><br>On removal from California Superior Court for the County of San Bernardino<br><br>Case No. CIVRS 1202387 |

**Proposed Order**

2669466.1

- 1 -

1

2 ACKERMANN & TILAJEF, P.C.
Craig J. Ackermann, Esq. (State Bar No. 229832)

3 1180 South Beverly Drive, Suite 610
Los Angeles, California 90035

4 Telephone: (310) 277-0614

5 Facsimile: (310) 277-0635
cja@laborgators.com

6

7 MICHAEL MALK, ESQ., APC
Michael Malk, Esq., (State Bar No. 222366)

8 1180 South Beverly Drive, Suite 610

9 Los Angeles, California 90035
Telephone: (310) 203-0016

10 Facsimile:  (310) 499-5210

11 mm@malklawfirm.com

12 Attorneys for Plaintiff and Putative Class

13 IRELL & MANELLA LLP
Layn R. Phillips (103854)

14 lphillips@irell.com
Andra Barmash Greene (123931)

15 agreene@irell.com
Eric Hayden (254107)

16 ehayden@irell.com
840 Newport Center Drive, Suite 400

17 Newport Beach, California  92660-6324
Telephone:   (949) 760-0991

18 Facsimile:    (949) 760-5200

19 Attorneys for Defendant KFC
Corporation

20

21

22

23

24

25

26

27

28

**Proposed Order**

2669466.1

1

2 **ORDER**

3 The Parties having so stipulated, and GOOD CAUSE appearing, the Court

4 ORDERS:

    1. That this matter is dismissed with prejudice as to Plaintiff Martinez; and

5     2. The allegations on behalf of the class are dismissed without prejudice as

6        moot.

7 IT IS SO ORDERED.

8     Dated: July 13, 2012

9

10 _____

11           Manuel L. Real

12           UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Proposed Order**

2669466.1