JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO MARTINEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>KFC CORPORATION, a Delaware Corporation, and DOES 1 through 100,<br><br>        Defendants. | Case No. 5:12-cv-000643-R (FMOx)<br>Hon. Judge Manuel L. Real<br><br>**ORDER GRANTING DISMISSAL**<br><br><u>PROPOSED CLASS ACTION</u><br><br>On removal from California Superior Court for the County of San Bernardino<br><br>Case No. CIVRS 1202387 |

ACKERMANN & TILAJEF, P.C.
Craig J. Ackermann, Esq. (State Bar No. 229832)
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@laborgators.com

MICHAEL MALK, ESQ., APC
Michael Malk, Esq., (State Bar No. 222366)
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile: (310) 499-5210
mm@malklawfirm.com

Attorneys for Plaintiff and Putative Class

IRELL & MANELLA LLP
Layn R. Phillips (103854)
lphillips@irell.com
Andra Barmash Greene (123931)
agreene@irell.com
Eric Hayden (254107)
ehayden@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant KFC Corporation

**Proposed Order**

2669466.1

## **ORDER**

The Parties having so stipulated, and GOOD CAUSE appearing, the Court ORDERS:

1. That this matter is dismissed with prejudice as to Plaintiff Martinez; and
2. The allegations on behalf of the class are dismissed without prejudice as moot.

IT IS SO ORDERED.

Dated: July 13, 2012

_____

Manuel L. Real

UNITED STATES DISTRICT JUDGE

**Proposed Order**

2669466.1